UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Abdulllah Shafi

Defendant(s).
---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

~~CR~~ ( )( )
20 MAG 9524

Defendant __Abdullah Shafi__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

AS ___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

___ Conference Before a Judicial Officer

/s authorized electronic signature
_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Abdullah Shafi**
_____
Print Defendant's Name

_[signature]_
_____
Defendant's Counsel's Signature

**Jason E. Foy**
_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

9/24/20
_____
Date

_[signature]_
_____
U.S. District Judge/U.S. Magistrate Judge

| SDNY CJA 23 (Rev. 3/20) | FINANCIAL AFFIDAVIT |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☒ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: United States v. Abdullah Shafi

FOR:
AT:

LOCATION NUMBER:

**PERSON REPRESENTED** (Show your full name)
Abdullah Shafi

1. ☒ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge: 20 MAG 9524
District Court:
Court of Appeals:

**CHARGE/OFFENSE** (describe if applicable & check box →)
18 USC 1956(h) and 18 USC 1956(a)(3)(B) and 2
☒ Felony
☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☐ Self-Employed
- Name and address of employer: Uber Driver (Long Island City main office)
- IF YES, how much do you earn per month? $ 3,000.00
- IF NO, give month and year of last employment? How much did you earn per month? $
- If married, is your spouse employed? ☒ Yes ☐ No
- IF YES, how much does your spouse earn per month? $ 1,000.00
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No

RECEIVED / SOURCES
IF YES, give the amount received and identify the sources $ ___

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No  IF YES, total amount? $ 7,000.00

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

| VALUE | DESCRIPTION |
|---|---|
| $ 50,000.00 | Home |
| $ 10,000.00 | Investment Property |
| $ 2,500.00 | 2005 Toyota Corrolla (107,000 miles on vehicle) |
| $ 9,250.00 | 2017 Camry (90,000 miles) |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ Married
Total No. of Dependents: 3
List persons you actually support and your relationship to them:
- Amna Shafi Daughter
- Moor Shahid Grand Daughter
- Hamza Shafi Son

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| Utlities | $ | $ 400.00 |
| Credit Card | $ 3,200.00 | $ 150.00 |
| Water bill and Garbage pick up | $ | $ 125.00 |
| Car Insurance, Gas, Groceries, | $ | $ 1,200.00 |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)
Jason E. Foy
FD/CJA/RET. ATTORNEY (PRINT)

Samuel L. Raymond
ASSISTANT UNITED STATES ATTORNEY (PRINT)

Date: 09/24/2020

☐ APPROVED  ☐ DENIED

SIGNATURE OF JUDICIAL OFFICER    DATE