# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
### Southern District of New York

Mag. Dkt. No. **20-MJ-9524**  Date **08/26/2021**

USAO No. **2019R00458**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint  ___ Removal Proceedings in

United States v. **Abdullah Shafi**

The Complaint/Rule 40 Affidavit was filed on **September 8, 2020**

✓ U.S. Marshals please withdraw warrant

*Samuel L. Raymond*
ASSISTANT UNITED STATES ATTORNEY

**Samuel L. Raymond**
(Print name)

**SO ORDERED:**
DATE: 8/27/21

*Kevin Nathaniel Fox*
UNITED STATES MAGISTRATE JUDGE